UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID ASGARI,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IMMIGRATION OF PHOENIX, IMMIGRATION OF CALIFORNIA, HOMELAND SECURITY (AZ), POLICE OF PHOENIX, and FBI (AZ),<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-cv-1759-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

On August 31, 2017, Plaintiff Hamid Asgari initiated this action by filing the Complaint (ECF No. 1). On January 29, 2018, the Court issued an Order stating:

> [T]he Court will dismiss this action against all Defendants without prejudice on March 2, 2018 unless, no later than that date, Plaintiff files either (1) proof that service of the Amended Summons and Complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon the Defendants accompanied by a motion for leave to serve process outside of the 90-day period.

(ECF No. 13 at 2). On March 5, 2018, the Court issued an Order dismissing the Complaint without prejudice on the grounds that "Plaintiff ha[d] filed neither proof that service of the Amended Summons and Complaint was timely effectuated nor a declaration showing good cause for failure to timely effect service upon the Defendants." (ECF No. 14 at 1).

1

On April 18, 2018, Asgari filed a Phoenix Municipal Court Judgment and Sentence Order (ECF No. 16). The Phoenix Municipal Court Judgment and Sentence Order (ECF No. 16) is neither "proof that service of the Amended Summons and Complaint was timely effectuated nor a declaration showing good cause for failure to timely effect service upon the Defendants." (ECF No. 14 at 1). The Complaint (ECF No. 1) remains DISMISSED.

Dated: April 19, 2018

Hon. William Q. Hayes
United States District Court